**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

RICHARD JESUS HERNANDEZ TOUSSAINT

     Petitioner,

v.

          Case No. 2:26-cv-01088-MIS-DLM

MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security;
TODD BLANCHE, Acting Attorney General
of the United States; TODD M. LYONS,
Acting Director of U.S. Immigration and
Customs Enforcement; MARISA FLORES,
El Paso ICE Field Office Director,
Enforcement and Removal Operations; and
DORA CASTRO, Warden of Otero County
Processing Center, in their official capacities,

Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of Petitioner Richard Jesus Hernandez Toussaint and against

Respondents Markwayne Mullin, Todd Blanche, Todd M. Lyons, Marisa Flores, and Dora Castro.

 

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE